#29153O

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:  
SANDY S. BELGRAVE

CASE NO. 07-14888-BKC-AJC

CHAPTER 13

### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,505.32 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 5 2011

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

SANDY S. BELGRAVE  
11101 SW 163 STREET  
MIAMI, FL 33157

JAMES W. SCHWITALLA, ESQUIRE  
12954 S.W. 133RD COURT  
MIAMI, FL 33186

AMERICA'S SERVICING  
ONE HOME CAMPUS/BK PMT PROC  
MAC #X2302-04C  
DES MOINES, IOWA 50328

AMERICA'S SERVICING  
ONE HOME CAMPUS/BK PMT PROC  
MAC #X2302-04C  
DES MOINES, IOWA 50328

TARPON IV LLC  
POB 102545  
ATLANTA, GA 30368-2545

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   07-14888-BKC-AJC
SANDY S. BELGRAVE

CHAPTER 13

SANDY S. BELGRAVE

11101 SW 163 STREET
MIAMI, FL 33157


JAMES W. SCHWITALLA, ESQUIRE
12954 S.W. 133RD COURT
MIAMI, FL 33186


AMERICA'S SERVICING              ---------$        1,138.83
ONE HOME CAMPUS/BK PMT PROC                    RETURNED FROM CREDITOR
MAC #X2302-04C                                 BECAUSE CASE DISMISSED
DES MOINES, IOWA 50328                         CLAIM REGISTER # 4-1

AMERICA'S SERVICING              ---------$          208.90
ONE HOME CAMPUS/BK PMT PROC
MAC #X2302-04C                                 RETURNED FROM CREDITOR
DES MOINES, IOWA 50328                         BECAUSE CASE DISMISSED
                                               CLAIM REGISTER # 4-1

TARPON IV LLC                    ---------$          157.59
POB 102545
ATLANTA, GA 30368-2545

                                               UNDELIVERABLE/STALE
                                               CLAIM REGISTER# 0

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130